**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-1195**

---

CURLEE SHERMAN,

Plaintiff - Appellant,

versus

THE HONORABLE JOSEPH R. MCCROREY,

Defendant - Appellee.

---

**No. 04-1258**

---

CURLEE SHERMAN,

Plaintiff - Appellant,

versus

JOSEPH R. MCCROREY,

Defendant - Appellee.

---

**No. 04-1282**

---

CURLEE SHERMAN,

Plaintiff - Appellant,

versus

THE HONORABLE JOSEPH R. MCCROREY,

                                        Defendant - Appellee.

─────────────────

Appeals from the United States District Court for the District of South Carolina, at Columbia. Margaret B. Seymour, District Judge. (CA-04-119-3-2-24BD; CA-04-312-3)

─────────────────

Submitted:  June 9, 2004              Decided:  June 25, 2004

─────────────────

Before NIEMEYER, WILLIAMS, and DUNCAN, Circuit Judges.

─────────────────

Dismissed by unpublished per curiam opinion.

─────────────────

Curlee Sherman, Appellant Pro Se.

─────────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Curlee Sherman seeks to appeal the district court's orders dismissing his 42 U.S.C. § 1983 (2000) complaints. The district court referred these cases to a magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) (2000). In each case the magistrate judge recommended that relief be denied and advised Sherman that failure to file timely, specific objections to the recommendation could waive appellate review of a district court order based upon the recommendation. Despite this warning, Sherman failed to specifically object to the magistrate judge's recommendations.

The timely filing of specific objections to a magistrate judge's recommendation is necessary to preserve appellate review of the substance of that recommendation when the parties have been warned that failure to object will waive appellate review. See Wright v. Collins, 766 F.2d 841, 845-46 (4th Cir. 1985); see also Thomas v. Arn, 474 U.S. 140 (1985). Sherman has waived appellate review by failing to file specific objections after receiving proper notice. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeals.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 3 -